LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

--------------

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

March 17, 2026

**REQUEST GRANTED.**
The Court approves the request for attorney Michael Bachrach to withdraw as learned counsel to Mr. Medina. The Clerk of Court is respectfully directed to terminate Mr. Bachrach on the docket.

**By ECF**

3/18/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Storm Jones, et al.*
*(including Mario Medina),*
*25 Cr. 345 (LJL)*

Dear Judge Liman:

On August 26, 2025, Your Honor appointed me as Learned Counsel for Defendant Mario Medina pursuant to the 18 U.S.C. § 3005. For the reasons that follow, I write to respectfully request permission to withdraw as Learned Counsel to Mr. Medina. Natali Todd, who was previously appointed as lead counsel pursuant to 18 U.S.C. § 3006A, will remain as lead counsel to Mr. Medina.

As Your Honor is aware, on March 12, 2026, the Government provided notice to the Court and to defense counsel that the Attorney General had directed the Government not to seek the death penalty against Mr. Medina and the other death-eligible defendants in this case. In those circumstances, Learned Counsel sometimes remains on the case and sometimes does not. In this instance, I ask to withdraw due to commitments to other cases that will limit my availability to fully engage in this case moving forward.

First, on March 11, 2026, the Government provided oral notice in United States v. Fawaz Ahemeid, 20 Cr. 502 (BMC) (EDNY), that the Attorney General had in fact authorized it to seek the death penalty against my client, Mr. Ahemeid. The representation of Mr. Ahemeid will now necessarily require full-time attention. Additionally, I am also Learned Counsel to José E. Ortiz-Colón in United States v. Torres-Delgado, et al., 23 Cr. 273 (PAD) (D.PR), a multi-defendant case wherein Mr. Ortiz-Colón and seven other of his co-defendants are awaiting the Attorney General's decision on whether to authorize the case for a capital prosecution or not. Mr. Ortiz-Colón is charged in relation to a five-murder "massacre" and as such his case remains high-risk for authorization as well. Between those two cases, but particularly in light of the recent authorization

The Hon. Lewis J. Liman
March 17, 2026
Page 2 of 2

in <u>Ahemeid</u>, I am pairing down my case load so that I may devote all – or at least most – of my time to Mr. Ahemeid and Mr. Ortiz-Colón.

I have spoken with Mr. Medina and he has no objection to the instant application.  I have also spoken to Ms. Todd, who consents as well.

Accordingly, the undersigned respectfully requests that this Court grant my request to withdraw as Learned Counsel to Mr. Medina and terminate my representation in this case.

Thank you for your time and consideration.

Yours sincerely,

Michael K. Bachrach
*Learned Counsel for Defendant Mario Medina*

cc      All parties of record (by ECF)