UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-
                                               **ORDER**

                                             25 Cr. 345 (LJL)

MARIO MEDINA,

       Defendant.
---------------------------------------------------------X

Upon the application of MARIO MEDINA, a defendant in this matter, by his attorney

Natali J.H.Todd, Esq., for an Order authorizing the appointment of counsel pursuant to the

Criminal Justice Act, 18 U.S.C. §3006A;

IT IS HEREBY ORDERED, that:

Grainne O'Neill, Esq., is appointed as counsel to represent Mario Medina in the above-

referenced matter, pursuant to Criminal Justice Act 18 U.S.C. §3006A.

Dated: New York, New York
       March   19  , 2026

                                         SO ORDERED

                                         _____

                                         Hon. Lewis J. Liman
                                         United States District Judge
                                         Southern District of New York